

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00055-CV

### EX PARTE D.A.P.

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 20-07-00125-CVK
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's September 15, 2020 expunction order is reversed, and judgment is rendered in favor of the appellant, the Texas Department of Public Safety. *See* TEX. R. APP. P. 42.1(a)(2)(A). Consistent with parties' agreement, costs are assessed against the appellee, D.A.P.

SIGNED March 3, 2021.

_____
Irene Rios, Justice